# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| OVERWELL HARVEST LIMITED, ) <br> a British Virgin Islands company, ) <br> ) <br> Plaintiff, ) <br> )     Civil Action No. <br> v. ) <br> )     The Honorable <br> DAVID WIDERHORN and ) <br> PAUL GIEDRAITIS, ) <br> ) <br> Defendants. ) | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Overwell Harvest Limited, through its undersigned counsel, certifies that Overwell Harvest Limited, as of this date, does not have a parent corporation and that no publicly held corporation holds 10% or more of its stock.

Dated:  August 21, 2017              By: /s/ John J. Scharkey
                                                                                         John J. Scharkey
                                                                                         Robert D. Sweeney
                                                                                         SWEENEY & SCHARKEY LLC
                                                                                         111 West Washington Street
                                                                                         Burnham Center, Suite 1160
                                                                                         Chicago, Illinois 60602
                                                                                         (312) 384-0500

                                                                                         *Counsel for Plaintiff*
                                                                                         *Overwell Harvest Limited*