IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OVERWELL HARVEST LIMITED, <br> a British Virgin Islands company, <br><br> Plaintiff, <br><br> v. <br><br> DAVID WIDERHORN and <br> PAUL GIEDRAITIS, <br><br> Defendants. | Civil Action No. 1:17-cv-6086 <br><br> Hon. Sara L. Ellis |

## ORDER

This matter is before the Court on Plaintiff's Motion for Temporary Restraining Order (the "Motion") (Dkt. No. 7). Both parties appeared through counsel. For the reasons stated on the record, which are incorporated herein by reference, the motion is granted in part. Defendants shall take no action with respect to the sale of the Company's assets unless and until the Board satisfies all applicable requirements of Delaware law and the Bylaws of Neurensic, Inc. Plaintiff shall post a bond with the Clerk of Court in the amount of $50,000 within seven (7) days. The matter is entered and continued to October 25, 2017 at 9:30 for status.

Dated: September 21, 2017        IT IS SO ORDERED.

Hon. Sara L. Ellis,
United States District Court Judge