UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Overwell Harvest, Limited
                                Plaintiff,

v.                                             Case No.: 1:17−cv−06086
                                                         Honorable Sara L. Ellis

David Widerhorn, et al.
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 10, 2018:

      MINUTE entry before the Honorable Sara L. Ellis: Status hearing held on 4/10/2018. The Court grants Defendant Paul Giedraitis' oral motion for extension of time to answer or otherwise plead by 6/15/2018. Defendant Paul Giedraitis may file an informa pauperis petition and motion for attorney representation for consideration by the Court before status date. Plaintiff is given leave to issue third party subpoenas. Status hearing set for 6/19/2018 at 9:30 AM. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.