# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Overwell Harvest, Limited

                                  Plaintiff,

v.                                                 Case No.: 1:17−cv−06086

                                                            Honorable Sara L. Ellis

Trading Technologies International, Inc., et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 27, 2021:

      MINUTE entry before the Honorable Sara L. Ellis: Telephone conference held on 4/27/2021. Sealed motion [168] is resolved as stated on the record. Motion to file instanter [169] is granted. Motion to file instanter [176] is granted. Telephone Conference set for 10/6/2021 at 9:30 AM for ruling on motion for summary judgment. Attorneys/Parties should appear for the hearing by calling the Toll−Free Number: (866) 434−5269, Access Code: 8087837. Members of the public and media will be able to call in to listen to this hearing (use toll free number). Please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.