UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

Overwell Harvest, Limited

                                            Plaintiff,

v.                                                                                         Case No.: 1:17−cv−06086
                                                                                         Honorable Sara L. Ellis

Trading Technologies International, Inc., et al.

                                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 15, 2021:

        MINUTE entry before the Honorable Sara L. Ellis: The Court grants the parties' motions for leave to file under seal [207], [211]. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.