IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| OVERWELL HARVEST LIMITED, a British Virgin Islands company, individually and derivatively on on behalf of NEURENSIC, INC., | ) ) ) ) ) ) | |
| *Plaintiff*, | ) ) | Civil Action No. 1:17-cv-06086 Honorable Sara L. Ellis |
| v. | ) ) | |
| DAVID WIDERHORN, PAUL GIEDRAITIS, and TRADING TECHNOLOGIES INTERNATIONAL, INC., | ) ) ) ) ) | |
| *Defendants*. | ) | |

## JOINT MOTION TO CONTINUE HEARING

Plaintiff Overwell Harvest Limited ("Overwell") and Defendant Paul Giedraitis ("Giedraitis") respectfully request that this Court continue its scheduled hearing on the final approval of the settlement between them and state the following in support:

1. The Court has granted preliminary approval to Plaintiff's settlement with Giedraitis. Pursuant to that approval, the Court held a hearing on June 8, 2022 regarding the status of the settlement and set a subsequent hearing date for July 27, 2022.

2. Following the June 8 hearing, Overwell transmitted drafts of the relevant ancillary settlement documents to Giedraitis, including a proposed notice, scheduling order, and draft judgment for the final approval hearing. Giedraitis proposed revisions and counsel for both sides have continued to work to finalize these materials, which must be sent to all shareholders who have an interest in the proposed settlement.

3. Overwell has further worked to identify the current locations and addresses of each of the individual stockholders and registered agents (in the case of entities) for each stockholder listed on the relevant capitalization table of Neurensic, Inc.

4. Overwell has been able to identify current contact information for most of the 58 persons and entities who appear as holding an interest in Neurensic, but further time is necessary to accurately locate the remaining interest holders, including certain trusts. Additional time is also necessary to allow each potentially interested party proper notice of the final settlement hearing.

5. As such, Overwell respectfully requests that the existing July 27, 2022 hearing date be continued until a date convenient for the Court, preferably during the week of September 12, 2022.

6. This Motion is not being brought for purposes of delay or harassment but solely to ensure that all interested parties have the proper opportunity to participate in the final settlement approval hearing, as required under Federal Rule of Civil Procedure 23.1(c). Defendant Trading Technologies Intenrational, Inc. does not oppose this motion.

WHEREFORE, for the foregoing reasons, Overwell and Giedraitis respectfully request that this Court continue the hearing on the final approval of the Giedraitis settlement and for any and all other relief this Court deems just and equitable under the circumstances.

Dated: July 22, 2022

Respectfully submitted,

*/s/ William O'Hara*
John J. Scharkey
Robert D. Sweeney
William C. O'Hara
SWEENEY, SCHARKEY & BLANCHARD LLC
230 West Monroe Street
Suite 1500
Chicago, Illinois 60606
(312) 384-0500

*Counsel for Overwell Harvest Limited*

-and-

/s/ Christopher M. Goodsnyder
Christopher Goodsnyder
Allen Perl
PERL & GOODSNYDER, LTD.
14 North Peoria Street
Suite 2-C
Chicago, Illinois 60607
Tel. (312) 243-4500

*Attorneys for Paul Giedraitis*

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 22, 2022 I electronically filed the foregoing with the Clerk of Court for the United States District Court for the Northern District of Illinois by using the CM/ECF system which will automatically send all necessary notifications of this filing to all counsel of record.

Dated: July 22, 2022                        Respectfully Submitted,

                                                    s/ William O'Hara