# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| OVERWELL HARVEST LIMITED, a British Virgin Islands company, individually and derivatively on on behalf of NEURENSIC, INC., </br></br>*Plaintiff*, </br></br>v. </br></br>DAVID WIDERHORN, PAUL GIEDRAITIS, and TRADING TECHNOLOGIES INTERNATIONAL, INC., </br></br>*Defendants*. | Civil Action No. 1:17-cv-06086 </br></br> Honorable Sara L. Ellis |

## NOTICE OF JOINT MOTION TO CONTINUE HEARING

PLEASE TAKE NOTICE that on Wednesday, July 27, 2022 at 9:45 a.m., we shall appear before the Honorable Sara L. Ellis to present Overwell Harvest Ltd. and Paul Giedraitis's Joint Motion to Continue Hearing, a copy of which was filed electronically and is available through the Court's CM/ECF system.

Dated: July 22, 2022

Respectfully submitted,

*/s/ John J. Scharkey*
John J. Scharkey
Robert D. Sweeney
SWEENEY, SCHARKEY & BLANCHARD LLC
230 West Monroe Street
Suite 1500
Chicago, Illinois 60606
(312) 384-0500

*Counsel for Overwell Harvest Limited*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 22, 2022 I electronically filed the foregoing with the Clerk of Court for the United States District Court for the Northern District of Illinois by using the CM/ECF system which will automatically send all necessary notifications of this filing to all counsel of record.

Dated: July 22, 2022                        Respectfully Submitted,

                                                 _____s/ William O'Hara_____