# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| OVERWELL HARVEST LIMITED, )<br>a British Virgin Islands company, )<br>individually and derivatively on )<br>on behalf of NEURENSIC, INC., )<br>)<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>DAVID WIDERHORN, )<br>PAUL GIEDRAITIS, and )<br>TRADING TECHNOLOGIES )<br>INTERNATIONAL, INC., )<br>)<br>*Defendants*. ) | Civil Action No. 1:17-cv-06086<br><br>Honorable Sara L. Ellis |

## NOTICE OF JOINT MOTION TO CONTINUE HEARING

PLEASE TAKE NOTICE that on Wednesday, July 27, 2022 at 9:45 a.m., we shall appear before the Honorable Sara L. Ellis to present Overwell Harvest Ltd. and Paul Giedraitis's Joint Motion to Continue Hearing, a copy of which was filed electronically and is available through the Court's CM/ECF system.

Dated: July 22, 2022

Respectfully submitted,

*/s/ John J. Scharkey*
John J. Scharkey
Robert D. Sweeney
SWEENEY, SCHARKEY & BLANCHARD LLC
230 West Monroe Street
Suite 1500
Chicago, Illinois 60606
(312) 384-0500

*Counsel for Overwell Harvest Limited*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 22, 2022 I electronically filed the foregoing with the Clerk of Court for the United States District Court for the Northern District of Illinois by using the CM/ECF system which will automatically send all necessary notifications of this filing to all counsel of record.

Dated: July 22, 2022                          Respectfully Submitted,

                                                           _____s/ William O'Hara_____