IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| OVERWELL HARVEST LIMITED, a British Virgin Islands company, individually and derivatively on behalf of Neurensic, Inc., <br><br> Plaintiff, <br><br> v. <br><br> DAVID WIDERHORN, PAUL GIEDRAITIS, and TRADING TECHNOLOGIES INTERNATIONAL, INC., <br><br> Defendants. | Case No. 17-cv-06086 <br><br> Honorable Sara L. Ellis |

**MOTION FOR LEAVE TO FILE UNDER SEAL**

Pursuant to Local Rule 26.2 and the Amended Confidentiality Order entered in this case on June 1, 2020 [Dkt. 151], Defendant Trading Technologies International, Inc. respectfully requests that this Court grant it leave to file under seal Trading Technologies' Reply in Support of Its Daubert Motion to Exclude the Testimony of John Finnerty. In support of this Motion, Trading Technologies states as follows:

1. The aforementioned pleading contains information designated "CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER" pursuant to the Amended Confidentiality Order entered in this case on June 1, 2020 [Dkt. 151].

2. The Amended Confidentiality Order instructs that "[a]ny party wishing to file a document designated as Confidential Information in connection with a motion, brief or other submission to the Court must comply with LR 26.2." (Dkt. 151 at 8). Under Local Rule 26.2(c), "[a]ny party wishing to file a document or portion of a document electronically under seal in connection with a motion, brief or other submission must . . . move the court for leave to file the document under seal." L.R. 26.2(c). Trading Technologies has complied with L.R. 26.2.

WHEREFORE, for the foregoing reasons, Defendant Trading Technologies International, Inc. respectfully requests that this Court enter an Order granting it leave to file its Reply in Support of Its Daubert Motion to Exclude the Testimony of John Finnerty under seal.

Dated: September 20, 2022      Respectfully submitted:

/s/ David J. Doyle
David J. Doyle
Dylan Smith
Kirk Watkins
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606
(312) 360-6000
ddoyle@freeborn.com
dsmith@freeborn.com
kwatkins@freeborn.com

*Counsel for Defendant*
*Trading Technologies International, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on the date shown below he caused the foregoing document to be electronically filed with the Clerk for the U.S. District Court for the Northern District of Illinois, which will send a notification and a copy of the document to all counsel of record.

Dated: September 20, 2022    /s/ David J. Doyle
*Attorney for Defendant Trading Technologies International, Inc.*