# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| OVERWELL HARVEST LIMITED, a British Virgin Islands company, individually and derivatively on behalf of Neurensic, Inc., <br><br> Plaintiff, <br><br> v. <br><br> DAVID WIDERHORN, PAUL GIEDRAITIS, and TRADING TECHNOLOGIES INTERNATIONAL, INC., <br><br> Defendants. | Case No. 17-cv-06086 <br><br> Honorable Sara L. Ellis |

## NOTICE OF PRESENTMENT OF MOTION

Please take notice that on September 28, 2022 at 9:45 a.m., we shall appear before the Honorable Sara L. Ellis, United States District Court for the Northern District of Illinois, Eastern Division, or such other judge as may be sitting in her stead, in the courtroom usually occupied by her in Room 1412 of the Dirksen Federal Building, and present Defendant Trading Technologies International, Inc.'s Motion for Leave to File Under Seal, a copy of which has been electronically filed and served upon you using this Court's CM/ECF system.

Dated: September 20, 2022

Respectfully submitted,

**TRADING TECHNOLOGIES INTERNATIONAL, INC.**

By: */s/ David J. Doyle*
      One of its attorneys

David J. Doyle
Dylan Smith
Kirk Watkins
FREEBORN & PETERS LLP
311 South Wacker Drive, Suite 3000
Chicago, Illinois 60606

2

Phone: (312) 360-6000
ddoyle@freeborn.com
dsmith@freeborn.com
kwatkins@freeborn.com

6082146v1/32023-0005

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on the date shown below he caused the foregoing document to be electronically filed with the Clerk of the U.S. District Court for the Northern District of Illinois, which will send a notification and a copy of the document to all counsel of record.

Dated: September 20, 2022  /s/ David J. Doyle
*Attorneys for Defendant Trading Technologies International, Inc.*

6082146v1/32023-0005