IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OVERWELL HARVEST LIMITED, <br> a British Virgin Islands company, <br> individually and derivatively on <br> on behalf of NEURENSIC, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> DAVID WIDERHORN, <br> PAUL GIEDRAITIS, and <br> TRADING TECHNOLOGIES <br> INTERNATIONAL, INC., <br><br> *Defendants*. | Civil Action No. 1:17-cv-06086 <br><br> Honorable Sara L. Ellis |

**NOTICE OF AGREED MOTION FOR APPROVAL OF
SETTLEMENT NOTICE AND ENTRY OF SCHEDULING ORDER**

PLEASE TAKE NOTICE that on Wednesday, November 16, 2022 at 10:00 a.m., we shall appear before the Honorable Sara L. Ellis to present Overwell Harvest Ltd.'s Agreed Motion for Approval of Settlement Notice and Entry of Scheduling Order, a copy of which was filed electronically and is available through the Court's CM/ECF system.

Dated: November 14, 2022

Respectfully submitted,

*/s/ William O'Hara*
John J. Scharkey
Robert D. Sweeney
William C. O'Hara
SWEENEY, SCHARKEY & BLANCHARD LLC
230 West Monroe Street
Suite 1500
Chicago, Illinois 60606
(312) 384-0500

*Counsel for Overwell Harvest Limited*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 14, 2022 I electronically filed the foregoing with the Clerk of Court for the United States District Court for the Northern District of Illinois by using the CM/ECF system which will automatically send all necessary notifications of this filing to all counsel of record.

Dated: November 14, 2022                         Respectfully Submitted,

                                                     s/ William O'Hara