# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Overwell Harvest, Limited
                                    Plaintiff,

v.                                                            Case No.: 1:17−cv−06086
                                                             Honorable Sara L. Ellis

David Widerhorn, et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 5, 2022:

      MINUTE entry before the Honorable Sara L. Ellis: Final pretrial conference held on 12/5/2022 and continued to 12/14/2022 at 2:00 PM. Bench Trial set for 1/30/2023 at 8:30 AM. If the parties reach settlement in principle prior to the next status date, please contact the courtroom deputy. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.