**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Overwell Harvest, Limited
                              Plaintiff,

v.                                          Case No.: 1:17−cv−06086
                                                   Honorable Sara L. Ellis

David Widerhorn, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, January 6, 2023:

       MINUTE entry before the Honorable Sara L. Ellis: Pretrial Conference set for 1/6/2023 is stricken and reset to 1/11/2023 at 1:30 PM. The parties are required to appear in person. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.