IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Overwell Harvest, Limited,

Plaintiff(s),

v.

Trading Technologies International, Inc. et al.,

Defendant(s).

Case No. 17-cv-6086
Judge Sara L. Ellis

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes         pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) Trading Technologies International, Inc.
and against plaintiff(s) Overwell Harvest, Limited.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge         presiding, and the jury has rendered a verdict.
☒ tried by Judge Ellis without a jury and the above decision was reached.
☐ decided by Judge         on a motion for

Date: 5/8/2023                    Thomas G. Bruton, Clerk of Court

                                  Carolyn Hoesly, Deputy Clerk