# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| OVERWELL HARVEST LIMITED, a British Virgin Islands company, individually and derivatively on behalf of Neurensic, Inc., *Plaintiff*, v. DAVID WIDERHORN, PAUL GIEDRAITIS, and TRADING TECHNOLOGIES INTERNATIONAL, INC., *Defendants*. | Case No. 17-cv-06086 Honorable Sara L. Ellis |

## STATUS REPORT

Plaintiff Overwell Harvest Limited ("Overwell"), through its undersigned counsel, and pursuant to this Court's July 26, 2023 order (Dkt. 343), submits the following status report:

Overwell has reached an agreement in principle with Defendant David Widerhorn that will resolve all claims and dismiss him with prejudice. In order for the settlement agreement to be memorialized, Overwell respectfully requests that the Court continue the existing status date for 14 days and reset the hearing for August 23, 2023.

Respectfully submitted,

Dated: August 7, 2023

By: /s/ William C. O'Hara
John J. Scharkey
Robert D. Sweeney
William C. O'Hara
SWEENEY, SCHARKEY & BLANCHARD LLC
230 West Monroe Street
Suite 1500
Chicago, Illinois 60606
Tel. (312) 384-0500

- 2 -

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on the date shown below he caused the foregoing document to be electronically filed with the Clerk of the U.S. District Court for the Northern District of Illinois, which will send a notification and a copy of the document to all counsel of record.


Dated: August 7, 2023 /s/ William O'Hara